U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 2 2017

TONY R. MOORE, CLERK
BY: _____ m3 _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 13-cr-263 |
| VERSUS | : | JUDGE MINALDI |
| TODD ALLEN BOOTH (1) | : | MAGISTRATE JUDGE KAY |

## ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 12th day of January, 2017.

DEE D. DRELL
Chief Judge